# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
### Brett N. Rodgers, Chapter 13 Standing Trustee

IN RE:
ERNESTO LEON BELLECHASSES          Date    08/02/2016                    Case Number  15-06706-D
10134 AUGUSTA VALLEY CT
ADA MI 49301


ERNESTO LEON BELLECHASSES
10134 AUGUSTA VALLEY CT
ADA MI 49301

## NOTICE OF INTENT TO PAY CLAIMS

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|-------|----------|-----------|-----------|---------|-------|-------|
| 001-0 | JOHN A POTTER<br>212 WATERS BLDG<br>161 OTTAWA AVE NW | 12/11/2015 | 3,200.00 | 3,200.00 | | Legal |
| 002-0 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>PO BOX 55000 | 01/04/2016 | 22,576.00 | 22,576.00 | | Secured |
| 002-1 | FORD MOTOR CREDIT COMPANY LLC<br>DEPT 55953<br>PO BOX 55000 | 01/04/2016 | | 77.54 | 17.98 | Unsecured |
| 003-0 | WELLS FARGO BANK NA<br>ATTN: PYMT PROCESSING MAC X2302-04C<br>1 HOME CAMPUS | 07/28/2016 | 175,670.00 | 174,986.24 | | Secured<br>Direct |
| 004-0 | FORD MOTOR CREDIT COMPANY<br>PO BOX 105704 | | 0.00 | 0.00 | | Secured<br>Not Filed |
| 005-0 | WELLS FARGO HOME MORTGAGE<br>101 N PHILLIPS AVE | | 0.00 | 0.00 | | Secured<br>Not Filed |
| 006-0 | WELLS FARGO HOME MORTGAGE<br>PO BOX 6423 | | 0.00 | 0.00 | | Secured<br>Not Filed |
| 007-0 | DEPARTMENT STORE NATIONAL BANK<br>C/O QUANTUM3 GROUP LLC<br>PO BOX 657 | 04/20/2016 | 769.22 | 1,278.21 | 17.98 | Unsecured |
| 008-0 | WORLDS FOREMOST BANK - CABELAS<br>PO BOX 82609 | 04/04/2016 | 9,236.00 | 9,236.15 | 17.98 | Unsecured |

Continued on Next Page

In RE:    ERNESTO LEON BELLECHASSES                              Case Number      15-06706-D      8/2/2016

| Claim | Creditor | Date Filed | Scheduled | Allowed | Pay % | Class |
|-------|----------|-----------|-----------|---------|-------|-------|
| 009-0 | CHASE<br>PO BOX 15298 | | 1,949.00 | 0.00 | | Unsecured<br>Not Filed |
| 010-0 | CHASE<br>PO BOX 15298 | | 10,412.00 | 0.00 | | Unsecured<br>Not Filed |
| 011-0 | ECAST SETTLEMENT CORPORATION<br>PO BOX 29262 | 02/04/2016 | 5,817.00 | 5,817.84 | 17.98 | Unsecured |
| 012-0 | PORTFOLIO RECOVERY ASSOCIATES<br>PO BOX 12914 | 02/04/2016 | 782.35 | 836.83 | 17.98 | Unsecured |
| 013-0 | RIVER VALLEY CREDIT UNION<br>PO BOX 493 | 12/29/2015 | 8,193.00 | 8,243.05 | 17.98 | Unsecured |
| 014-0 | SEARS<br>PO BOX 6283 | | 2,069.00 | 0.00 | | Unsecured<br>Not Filed |
| 015-0 | MIDLAND CREDIT MANAGEMENT INC<br>AS AGENT FOR MIDLAND FUNDING LLC<br>PO BOX 2011 | 04/19/2016 | 1,634.00 | 1,762.16 | 17.98 | Unsecured |
| 016-0 | SAM BERNSTEIN LAW FIRM<br>31731 NORTHWESTERN HWY STE 333 | | 1.00 | 0.00 | | Unsecured<br>Not Filed |
| 772-0 | CLERK OF THE COURT<br>US BANKRUPTCY COURT<br>ONE DIVISION AVENUE NW ROOM 200 | 12/11/2015 | 310.00 | 310.00 | | Admin |
| TRS-0 | Brett N. Rodgers | | 0.00 | 0.00 | | Trustee |

| | Secured | Priority | Unsecured | Admin | Atty | Other |
|---|---------|----------|-----------|-------|------|-------|
| Debt To Be Paid | 22,576.00 | 0.00 | 4,899.87 | 310.00 | 3,200.00 | 0.00 |

Total To Be Paid                    30,985.87

/s/ Brett N. Rodgers
Brett N. Rodgers, Chapter 13 Trustee

Continued on Next Page

# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
Brett N. Rodgers, Chapter 13 Standing Trustee

Page    2

In RE:    ERNESTO LEON BELLECHASSES                Case Number    15-06706-D      8/2/2016

## PROOF OF SERVICE

I declare that I am a citizen of the United States, over the age of 18 years and not a party
of the within action; That I am employed by BRETT N. RODGERS, CHAPTER 13 STANDING TRUSTEE

and that on the Date of Service I served the within
on: DEBTOR(S)

Date of Service:  8/2/2016

by first class mail with postage fully prepaid thereon.
Executed at Grand Rapids, Michigan on Date of Service.

/s/ Evie Powers

Evie Powers