## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MICHIGAN (Grand Rapids)

| | |
|---|---|
| In re:<br>Ernesto Leon Bellechasses<br>fdba Ernesto Bellechasses - Mowing Services<br>　　　　　　　　　Debtor.<br>_____/ | Chapter 13 No. 15-06706-swd<br><br>Hon. Scott W. Dales |

### U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST'S NOTICE OF DEBTOR'S REQUEST FOR FORBEARANCE DUE TO THE COVID-19 PANDEMIC

Now comes Creditor, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor"), by and through undersigned counsel, and hereby submits Notice to the Court of the Debtor's request for mortgage payment forbearance based upon a material financial hardship caused by the COVID-19 pandemic.

The Debtor recently contacted Creditor requesting a forbearance period of 3 months and has elected to not tender mortgage payments to Creditor that would come due on the mortgage starting 04/01/2020 through 06/01/2020. Creditor holds a secured interest in real property commonly known as 10134 Augusta Valley Ct SE, Ada, MI 49301 as evidenced by claim number 8 on the Court's claim register. Creditor, at this time, does not waive any rights to collect the payments that come due during the forbearance period. If the Debtor desires to modify the length of the forbearance period or make arrangements to care for the forbearance period arrears, Debtor may do so by contacting the Creditor.

Per the request, Debtor will resume Mortgage payments beginning 07/01/2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears"). If Debtor fails to make arrangements to fully cure the forbearance arrears, Creditor

reserves it rights to seek relief from the automatic stay upon expiration of the forbearance period.

Creditor may continue to file notices in compliance with Fed. Rule Bankr. P. 3002.1.

Dated:4/27/2020

/s/ Marcy J. Ford
Marcy J. Ford (P49158)
Attorney for U.S. Bank Trust, N.A., as
Trustee for LSF9 Master Participation Trust
31440 Northwestern Hwy., Ste. 145
Farmington Hills, MI 48334-5422
Phone: 248.642.2515
Email: EasternECF@trottlaw.com